# EXHIBIT 9A

 **Mike Dallas** ▸ **Craftsman Tool Collectors**
December 28, 2018 ·

Anyone know anything about the Craftsman Ultimate Collection?



6                                                                6 Comments

Like                                                                   Share

 **William Pierce** This is just Stanley garbage repackaged and rebranded.

Like · 9w                                                       1

 **Mike Dallas** I figured as much. The ratchets look like gearwrench ratchets almost like the old craftsman premium ratchets but I'm sure they're nowhere near as good

Like · 9w

 **Logan Stewart** Mike Dallas
Just go to tool swaps. You can essentially get all the required Tools to makeup the set but old style craftsman and much MUCH Cheaper.

Like · 9w

 **Mike Dallas** I already have more than enough Logan Stewart. I have sets from the mid 30's on up. I just happened to see these in my local Sears and was curious. My regular use sockets are all -V- and my regular use ratchets are almost all Snap on.

Like · 9w

 **Logan Stewart** Mike Dallas
There is always more tools to buy for different purposes.

Like · 9w

 **Mike Dallas** Haha. Yes. There is no such thing as more than

**EXHIBIT 9A**

enough. Lol

Like · 9w

1

;