# EXHIBIT 9B



**Sears**
December 15, 2018 ·

The best of the best 🔧 Shop our Craftsman Ultimate Collection—go-to tools with the strength and quality you need to get the job done. 💪 Backed by the Craftsman complete satisfaction Lifetime Warranty.
www.sears.com/craftsmanultimate
http://ow.ly/mw1930n04nY



151                        14 Comments   42 Shares

Like          Comment          Share

**All Comments**


Write a comment...

 **Sam Squires** The real craftsman not the garbage stanley black and decker stuff.

Like · Reply · 11w     3

 **Jeff Hayes** Sam Squires Real Craftsman has not existed for years. They were made in China before Eddie sold off the brand.

Like · Reply · 11w     2

 **Joshua T Maier** Jeff Hayes as long as the quality is there I really don't care where they are made. And I can tell you these new ultimate series are top notch, much better then the Stanley owned variations

Like · Reply · 11w     2

 **Mark Brideau** Joshua T Maier I think we need to care where things are made for a lot of reasons.

Like · Reply · 11w     2

**EXHIBIT 9B**

**Stephen Adams** Dave Davis that's the problem with this younger generation...I work retail auto parts and the people aways crying online( mainly rock auto) is much cheaper. they have no loyalty to shop at stores anymore. so just like you im sure I will be out of a job sometime in the future

Like · Reply · 10w

Write a reply...

**David Western** Chinese steel no thx only buy American made tools   1

Like · Reply · 11w

**David DelCarpini** Craftsman tools should get better quality wise. Stanley also owns MAC and Proto tools.   1

Like · Reply · 11w

**Greg Donahoe** Now THAT's a tool set!   2

Like · Reply · 11w

**Jimmy Lacy** shame have a sears card no sears   2

Like · Reply · 11w

**Josh Wickerham** you can use it online   1

Like · Reply · 11w

Write a reply...

**Susan Celestine** I ordered an oven November 26, 2018 from Sears. I could have bought this same oven many different places I chose Sears for ONE reason because the day I ordered this oven the estimated delivery date was December 17, 2018. I call today Dec 19,2018 to find out where my oven was and they tell me it will not be here until February 19, 2019!!!! This is FALSE ADVERTISING and this is wrong! I will NEVER shop at Sears again!!

Like · Reply · 10w

**Terry Schmidt** Used them for 50 years   1

Like · Reply · 11w

**David Touchston** i Love sears o yes ?

Like · Reply · 11w

**Sears**   Thanks for the love, David!

Like · Reply · 11w

**David Touchston** Sears is a good p to c

Like · Reply · 11w

Write a reply...

 **Keith Ryan Yarbrough** Sears provides the worst service possible. I called and was completely polite. Was transferred to an "assistant supervisor". I requested an explanation as to why my service ticket was supposed to be here on Saturday and now it won't be here until Frida... See More

Like · Reply · 11w

 **Edward Garza** Now that's a tool set!

Like · Reply · 11w

1 Reply

 **Susan Celestine** I ordered an oven November 26, 2018 from Sears. I could have bought this same oven many different places I chose Sears for ONE reason because the day I ordered this oven the estimated delivery date was December 17, 2018. I call today Dec 19,2018 to find out where my oven was and they tell me it will not be here until February 19, 2019!!!! This is FALSE ADVERTISING and this is wrong! I will NEVER shop at Sears again!!

Like · Reply · 10w

 **James Lappano** Don't know why I seeing sears ad the last 3 things that had Kenmore or craftsman on them didn't last two years p o s

Like · Reply · 11w

 **Derek Hoetfelker** James Lappano nothing is made to last anymore. It's just the way it is. Kenmore and Craftsman is still good quality stuff and sears always stands behind them.

Like · Reply · 11w  1

 **Christine Fishel** James Lappano You do know that that Kenmore is made by other manufacturers, so if they didn't last it's the manufacturer's defect

Like · Reply · 11w  1

 **Sears**  Hello! You are actually not wrong, Kenmore is made by Whirlpool, LG, GE, Samsung, Daewoo, and others! To find out - visit or google, "Who makes my Kenmore" - to find out more information! Thank you! -SMT

Like · Reply · 11w  2

 **James Lappano** I know Kenmore is made by other manufacturers but if you have your name on it you should ask for better quality control and every time I went to get parts they had a special all of it. I have a Kenmore 5 burner grill and cover it within two years it's a rust bucket my last Grill last me 12 years

Like · Reply · 10w · Edited

 **Sears**  We apologize you feel that way, we do need to follow the instructions in the owners instructions in the

manual. Thank you! -SMT

Like · Reply · 10w

 Write a reply...

 **James Campbell** Harbor frieght is more than half the price and also *made in China* Craftsman sucks.

Like · Reply · 10w

;